# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**DEARCOM HOLDINGS, LLC**                                                              **PLAINTIFF**

**v.**                                                           **CIVIL ACTION NO. 1:23-cv-30-TBM-RPM**

**TRACTOR SUPPLY COMPANY**                                                          **DEFENDANT**

## ORDER

      This matter came before the Court on a number of Motions, including: Tractor Supply Company's Motion to Strike [143] Lee Connell; Motion to Strike [145] Havard Pest Control, Steven Linscott and Forrest Cochran; Motion to Strike [147] Simon Ryals; Motion for Summary Judgment [149]; Motion in Limine [187] to exclude evidence of damages; Motion in Limine [189] to exclude evidence under Rule 404(b); Motion in Limine [191] to exclude evidence under Rule 403; Motion in Limine [193] to exclude evidence in supplemental disclosure; and Dearcom Holdings, LLC's Motion for Summary Judgment [151]; Motion in Limine [152] to exclude evidence of unperformed repairs and renovations; Motion in Limine [155] to exclude references to moving expenses; Motion to Exclude [157] testimony of Ryan Kelley; and Motion to Exclude [159] testimony of Douglas Seeman. At the hearing conducted on March 20, 2025, the Court, having considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed findings and conclusions.

      IT IS THEREFORE ORDERED AND ADJUDGED that Tractor Supply Company's Motion to Strike [143] Lee Connell is DENIED.

      IT IS FURTHER ORDERED AND ADJUDGED that Tractor Supply Company's Motion to Strike [145] Havard Pest Control, Steven Linscott and Forrest Cochran is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that Tractor Supply Company's Motion to Strike [147] Simon Ryals is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that Tractor Supply Company's Motion for Summary Judgment [149] is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that Tractor Supply Company's Motion in Limine [187] to exclude evidence of damages is DENIED without prejudice, and Tractor Supply Company may file a memorandum brief by April 8, 2025, for consideration at the pretrial conference on April 16, 2025.

IT IS FURTHER ORDERED AND ADJUDGED that Tractor Supply Company's Motion in Limine [189] to exclude evidence under Rule 404(b) is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that Tractor Supply Company's Motion in Limine [191] to exclude evidence under Rule 403 is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that Tractor Supply Company's Motion in Limine [193] to exclude evidence in supplemental disclosure is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that Dearcom Holdings, LLC's Motion for Summary Judgment [151] is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that Dearcom Holdings, LLC's Motion in Limine [152] to exclude evidence of unperformed repairs and renovations is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that Dearcom Holdings, LLC's Motion in Limine [155] to exclude references to moving expenses is DENIED without prejudice, and Dearcom Holdings, LLC may file a memorandum brief by April 8, 2025, for consideration at the pretrial conference on April 16, 2025.

IT IS FURTHER ORDERED AND ADJUDGED that Dearcom Holdings, LLC's Motion to Exclude [157] testimony of Ryan Kelley is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that Dearcom Holdings, LLC's Motion to Exclude [159] testimony of Douglas Seeman is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that the proposed pretrial order must be submitted to the Court by April 2, 2025.

IT IS FURTHER ORDERED AND ADJUDGED that any additional briefs to be considered at the pretrial conference must be submitted by April 8, 2025. Any response briefs must be filed by April 15, 2025.

This, the 21st day of March, 2025.

                                                     TAYLOR B. McNEEL
                                                    UNITED STATES DISTRICT JUDGE